PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT    CASE NO. 1:25CR15MSM-LDA

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Elijah Gavin a/k/a Timothy O'Reilly a/k/a Elijah Thomas
Address: [REDACTED]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT   RHODE ISLAND
DISTRICT OF RHODE ISLAND   Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ZACHARY A. CUNHA
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Sandra R. Hebert

☐ Interpreter Required   Dialect: _____

Birth Date: [REDACTED]   ☐ Male ☒ Alien (if applicable)   ☐ Female

Social Security Number: _____

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO. 1:25MJ4/LDA

Place of offense: RHODE ISLAND County

## DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:
Arrest Date 1/30/2025   or Date Transferred to Federal Custody _____

☒ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Joanne Daley, Esq.
☒ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

---

OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 - Wire Fraud Conspiracy | Imprisonment: 30yrs/ Fine $1,000,000/ Supervised Release: 5 years/ Special Assessment: $100 | ☒ Felony ☐ Misdemeanor |
| 2 | 18 U.S.C. § 1343 - Wire Fraud | Imprisonment: 20yrs/ Fine $250,000/ Supervised Release: 3 years/ Special Assessment: $100 | ☒ Felony ☐ Misdemeanor |
| 3 | 18 U.S.C. § 1956 - Money Laundering | Imprisonment: 20 years; Supervised Release: 3 years; Fine: $500,000; Special Assessment: $100 | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  | FORFEITURE ALLEGATION | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |