Dear Judge McElroy:

I want to start off by giving an apology for my actions. I didn't set out to do anyone any harm but that's what I did. I brought shame on my family with the wrong things I have done. I want you to know that I didn't come to this country to break your laws or to cheat people. I am what is known in my country and other parts of the world as a Traveller. We come from background of builders, carpenters, masons, painters, and craftspeople. My trade is construction, roofing and siding. I don't have any certifications, but I am good with my hands and with tools. My choice of a career has always been limited though because of a lack of education. This has been a source of embarrassment for me since I was a child.

When I brought my wife and children to the United States, I truly wanted to live a better life, an honest life and set an example for my kids. As you probably know, I was also on the run from the law in my country. I made a very bad choice in running away from the mistakes I made there. I thought I was giving myself and my family a fresh start, but I was always thinking that I would get caught. It was no way to live. When I cheated these people, I told myself that I needed to do it to support my family. I was lying to myself. I made a huge mistake and only made my situation worse. I put my wife and children in danger and hurt innocent people who trusted me to help them fix their homes.

I also added to the prejudice that people all over have the Travellers. We are sometimes called Gypsies, and we face a lot of discrimination. I have literally been labeled a gang member here at Wyatt, but the Travellers are not a gang. We are a culture of people that just live differently. We are no better or worse than anyone else. I am not blaming my past on my actions; I am totally ashamed and sorry for what I have done in this country. Most Travellers live honest and law-abiding lives, but when some of us (like me) do wrong, it paints all of us as bad. I hate that I have added to this mistaken belief. I want to do my time here and then go home and serve the sentence on my case there so I can be reunited with my wife and children. I believe there will be a good paying roofing job waiting for me when I get out.

My kids are 9, 7, 6, and 2 years old. I have missed really important moments in their lives. My wife and I were struggling before I was arrested, and she now relies on my mother and her parents for support. I should be giving her the support and I feel very guilty. I want to make it up to her and the children when I get home. I have been able to talk to my children from jail. It is

good to hear their voices but the 3 oldest always ask when I will be home. They think I am in immigration custody. Someday I will tell them about what I did because I don't want them to make the mistakes that I have.

I know I won't ever be able to pay back all of the money I owe my victims, but I do want to try once I have job. I can only focus on the future at this point. Cheating and taking short cuts is not an option no more. I really have learned a lesson from this journey. I feel bad but I know the victims feel worse. They let me into their homes and trusted me. I abused that trust and did the wrong thing just to benefit myself, I am truly sorry.

I know this sounds funny, but I would like to thank the government for catching me so these victims can have some justice. It's what I would want if someone cheated my own mother. I want to thank you, Your Honor, for helping them get justice as well. They deserve it and I deserve whatever consequences come from this.

Sincerely,

Elijah Gavin[1]

---

[1] Defendant's letter was dictated to and transcribed by defense counsel.