To whom it may concern

I would like to put forward a character of reference for Elijah Gavin.

I have known Elijah for years through his mother Bridget Lee. Elijah has had a bad childhood on the hands of his father in which Bridget had to leave him due to abuse and hitting the kids.  Since this Elijah has been very protective over his mother and siblings. Elijah settled down with his wife and kids and is a very happy family man and lives and strives for his family. I know he has been charged with serious crimes but I honestly do think he is remorseful and has admitted to them. He is paying the price being in jail and he will have to sit in a cell everyday knowing he isn't going to see his wife and to see his little ones growing up. I hope you will consider sending him home to Northern Ireland to do his time as it is not fair on his beautiful kids to not get to see their father, even though it will be in prison walls but it will break their hearts as much as it will his. Elijah is a happy go lucky man and without having his family go to see him, I know his mental health will deteriate . Please show leanincy for the sake of his kids if nothing else

Regards

Carol-Anne McGrory

Dear Judge

I am writing this letter to respectfully request leniency in the sentencing of Elijah Gavin who is scheduled to appear before you regarding case No" 01671453.

I have known Elijah all his life Elijah was a happy child growing up and always showed Empathy and Compassion for others.

Elijah is a loyal and loving son, brother, husband and father to 4 beautiful young children. Elijah is a very dedicated hardworking man who provides for his wife and children.

This has been a very stressful and difficult time for all the family especially his mother, wife and children.

I have come to know Elijah as a person of Integrity, Responsibility and Remorse for the actions that have brought him before the court today.

I genuinely believe that Elijah has learned from his mistakes and is very very sorry for what has happened.

I humbly ask the court to consider a sentence that allow Elijah the opportunity to continue rebuilding his life contribute positively to the community and support his wife and children.


Thankyou for your time and consideration


Respectfully

Mary Lee

To Judge McElroy


I am the mother to Elijah and I am writing to you with a humble heart to respectfully request leniency  as you consider sentencing in the case of my son.

Elijah fully understands and accepts what he has done and is responsibility for his own actions. He deeply regrets his behaviours and the impact it may have had on others, and he has spent much time reflecting on how he ended up in this position.

This experience has been a turning point in his life. He has taken steps to improve himself completing courses and has been working in the kitchen to improve his life skills when he is committed to becoming a better person and contributing positively to society.

Elijah is the daddy of four beautiful children who miss him very much. I also miss my son very much not being able to put my arms around him.


I respectfully ask for your compassion and understand as you make your decision. I hope you will see the sincere remorse Elijah feels and efforts to prove that this mistake does not define who or who he intends to be moving forward.


Thank you for taking the time to read my letter and considering my request with fairness.


Sincerely

Bridget Lee

1st of May 2025

Dear Judge

I am writing to respectfully request leniency in the sentencing of Elijah Gavin. I understand the seriousness of the matter, and I do not seek to minimize the offense in any way. However, I would like to offer some context and mitigating factors that I hope the Court will consider when determining an appropriate sentence.

Elijah has expressed genuine remorse for his actions and has taken responsibility for his behaviour.

I feel it is important to highlight Elijah's character outside of this isolated incident. He is a devoted father, husband and son. He is a wonderful man and always puts his children first. We are lost without Elijah and me, and the children are deeply affected by his absence.  Knowing Elijah is so far away having a serious impact on our mental health, and I am very concerned that without regular contact with his family, Elijah's mental health will seriously deteriorate.

Elijah had a very difficult upbringing, his father was very abusive to both his mother and him and his siblings, Elijah had to take on a parental role at a very young age when his mother was able to escape from the violent marriage.

Eilijah is from the Irish Traveller community – in Northern Ireland Irish Travellers face major disadvantage, racism and the impact on mental and physical health is well evidenced, unfortunately Eiljah has been affected by these issues also. He has a history of poor mental health dating right back to his childhood. But in recent years he has been working hard to overcome these issues – he is at his best when he is with me and our children. He is a wonderful father and husband and has been able with our support to manage his mental health in a very positive way, so I am really concerned about an extended time away from us.  I would ask you to consider a shorter sentence given the remorse Elijah has shown and the impact this is having on his young family.

If the Court sees fit, I would ask for consideration so that Elijah can complete any remaining sentence here in Northern Ireland. This would allow more family support and contact with Elijah for our children's sake.

With our support and guidance, I am confident that he will continue on the right path, one he has worked hard to stay on in the past few years.

Thank you for your time and for considering this from my perspective. I trust in your wisdom and fairness and hope that compassion will play a role in your sentencing decision.

Regards

Pearl Gavin